IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VOLVO CONSTRUCTION EQUIPMENT RENTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3010 |
| v. | ) ) | |
| NRL RENTALS, L.L.C, et. Al., | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1)  The motion to withdraw filed on behalf of attorneys George V. Pilat, Jason M. Gerber, and Albert G. Marquis, (filing no. 7), is granted.

2)  George V. Pilat, Jason M. Gerber, and Albert G. Marquis are hereby withdrawn as counsel of record in this case.

3)  The clerk shall terminate the notices requiring George V. Pilat, Jason M. Gerber, and Albert G. Marquis to request admittance to practice and register on this court's CM/ECF system, (filing nos. 4, 5, and 6), and all related deadlines.

4)  Robert W. McIntyre has entered his appearance and is the current attorney of record for plaintiff Volvo Construction Equipment Rents, Inc.

DATED this 9th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge