IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VOLVO CONSTRUCTION EQUIPMENT RENTS, INC., | ) ) ) | 4:11CV3010 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| NRL RENTALS, L.L.C, *et al.*, | ) ) | |
| Defendants. | ) ) | |

The court having been advised by Plaintiff's counsel that Yahoo!, Inc., has complied with the order entered on October 27, 2011 (filing 32),

IT IS ORDERED that the clerk of the court is directed to close this case for statistical purposes.

DATED this 12th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge